IN THE DISTRICT COURT OF APPEAL
FIRST DISTRICT, STATE OF FLORIDA

MAURICE ROURK,

     Appellant,

v.

STATE, DEPARTMENT OF
REVENUE, CHILD SUPPORT
ENFORCEMENT PROGRAM and
ZENEYDA ROCHA and LAUREN
HOROWITZ,

     Appellees.

_____/

NOT FINAL UNTIL TIME EXPIRES TO
FILE MOTION FOR REHEARING AND
DISPOSITION THEREOF IF FILED.

CASE NO. 1D15-4407

Opinion filed September 13, 2016.

An appeal of an order of the Department of Revenue, Child Support Enforcement Program.

Maurice Rourk, pro se, Appellant.

Pamela Jo Bondi, Attorney General, and Toni C. Bernstein, Senior Assistant Attorney General, Tallahassee, for Appellees.

PER CURIAM.

    In light of appellee's confession of error, we quash the final order on appeal in this case and remand for further proceedings.

WOLF, LEWIS, and OSTERHAUS, JJ., CONCUR.